IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1604-AP

ANTHONY GOSSER,

       Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

       Defendant.

---

1.  **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

      **For Plaintiff**:

            Leslie J. Castro, Esq.
            619 Main Street
            Grand Junction, CO 81501
            (970) 256-9570 (telephone and facsimile number)

      **For Defendant**:

            WILLIAM J. LEONE
            United States Attorney
            KURT BOHN
            Assistant United States Attorney
            1225 Seventeenth Street, Suite 700
            Denver, Colorado 80202

     By:   Debra J. Meachum
            Special Assistant United States Attorney
            Social Security Administration
            1961 Stout Street, Suite 1001A
            Denver, Colorado  80294
            (303) 844-1570
            (303) 844-0770 (facsimile)

## 2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.    DATES OF FILING OF RELEVANT PLEADINGS

A.    **Date Complaint Was Filed: August 18, 2005.**
B.    **Date Complaint  Was Served on U.S. Attorney's Office:  August 21, 2005.**
C.    **Date Answer and Administrative Record Were Filed:  November 7, 2005.**

## 4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff, to the best of his knowledge, states that the administrative record is complete and accurate.**
**Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.**

## 5.    STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff will not submit additional evidence.**
**Defendant will not submit additional evidence.**

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff, to the best of his knowledge, does not believe the case raises unusual claims or defenses.**
**Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.**

## 7.  OTHER MATTERS

**Plaintiff has no other matters to bring to the attention of the court.**
**Defendant has no other matters to bring to the attention of the court.**

## 8.  PROPOSED BRIEFING SCHEDULE

A.    **Plaintiff's Opening Brief Due:        JANUARY 9, 2006.**
B.    **Defendant's  Response Brief Due:    FEBRUARY 8, 2006.**
C.    **Plaintiff's Reply Brief (If Any) Due:  FEBRUARY 23, 2006.**

9.    **STATEMENTS REGARDING ORAL ARGUMENT**

**A.  Plaintiff's Statement.**
**Plaintiff requests oral argument for the purpose of clarifying and emphasizing the Plaintiff''s written arguments to be detailed in his brief, and to the extent that the Due Process rights of Plaintiff will be impaired by not allowing oral argument.  In the event that the Court denies Plaintiff''s request for oral argument in this matter, Plaintiff objects, as such decision would be premature if made before the written briefs have been submitted by the parties. If the Court has insufficient information to grant Plaintiff's request for oral argument at this time, Plaintiff respectfully requests that this Court allow him to file a Notice of Oral Argument with his Reply Brief if issues, which require clarification and/or emphasis, have been raised by the parties in their written briefs.**

**B.  Defendant's Statement:**
**Defendant does not request oral argument.**

10.    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.     ( )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
B.     ( X )  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11.    **OTHER MATTERS**

*The parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.*

12.    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this **30th day of November, 2005.**

BY THE COURT:

 S/John L. Kane
U.S. DISTRICT COURT JUDGE

3

**APPROVED:**

**For Plaintiff:**

**s/Leslie J.  Castro        Date: 11/28/05**
Leslie J. Castro, Esq.
619 Main Street
Grand Junction, CO 81501
(970) 256-9570 (telephone and facsimile number)
lcastro@acsol.net

**For Defendant:**

WILLIAM J. LEONE
United States Attorney
KURT BOHN
Assistant United States Attorney

**s/Debra J. Meachum   Date:  11/28/05**
By:    Debra J. Meachum
       Special Assistant United States Attorney
       Social Security Administration
       1961 Stout Street, Suite 1001A
       Denver, Colorado  80294
       (303) 844-1570
       (303) 844-0770 (facsimile)
       d_meachum@hotmal.com