IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-1604-AP**

**ANTHONY GOSSER,**

                Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

                Defendant.

---

## ORDER

---

Kane, J.

    This matter is before the Court on Defendant's Motion for Remand for Further Administrative Proceedings (doc. #14), filed February 22, 2006.  This Court has reviewed the file and considered the motion.  It is hereby

    **ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    Dated:  March 7, 2006

                        BY THE COURT:

                        S/**John L. Kane**
                        SENIOR JUDGE,
                        UNITED STATES DISTRICT COURT